UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATALIE PANDORF,

      Plaintiff,

v.                                    CASE NO: 8:06-cv-2022-T-23TGW

P.A.C. PUBLISHING, INC.,
et. al.,

      Defendants.

_____/

## ORDER

     Pursuant to Rule 55(c) and Rule 60(b), Federal Rules of Civil Procedure, the

defendant P.A.C. Publishing, Inc. ("P.A.C.") moves (Doc. 12) to vacate the default less

than one week after its entry.  P.A.C. argues that either excusable neglect or mistake

resulted in the failure to respond to the complaint and that P.A.C.'s conduct establishes

"good cause" for vacating the default.  The plaintiff neither opposes nor consents to the

requested relief.

     Vacating a default requires a showing of "good cause."  See Fed. R. Civ. P. 55(c).

"Good cause is a mutable standard, varying from situation to situation.  It is also a

liberal one . . . ."  Compania Interamericana Export-Import v. Compania Domincana De

Aviacion, 88 F.3d 948, 951 (11th Cir. 1996).  Relevant factors include whether vacating

the default would prejudice the plaintiff, whether the defendant presents a meritorious

defense, whether the default was willful, and whether the defendant acted promptly to

correct the default.  See Compania Interamericana, 88 F.3d at 951.  Courts disfavor

default "because of the strong policy of determining cases on their merits." <u>Florida Physicians Insurance Co. v. Ehlers</u>, 8 F.3d 780, 783 (11th Cir. 1993).

Considering the early stage of the litigation, the lack of prejudice to the plaintiff, and both P.A.C.'s lack of willfulness and promptness in moving to vacate the default, "good cause" exists to vacate the default.[1]  Accordingly, P.A.C.'s motion (Doc. 12) to vacate the default is **GRANTED**, and the Clerk's default (Doc. 9) is **VACATED**.  P.A.C. shall respond to the complaint **on or before January 12, 2007**.

ORDERED in Tampa, Florida, on December 29, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
      Courtroom Deputy

---

[1]Finding "good cause" to vacate the default as required by Rule 55(c), Federal Rules of Civil Procedure, the court reaches no opinion as to the merit of P.A.C.'s alternative argument under Rule 60(b), Federal Rules of Civil Procedure.